[No. 23170–7–I.   Division One.   April 16, 1990.]

*In the Matter of the Dependency of* B.J.

JENNIFER HAYNES, *Appellant,* v. CATHOLIC COMMUNITY SERVICES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–7–00991–6, Nancy A. Holman, J., entered October 7, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Pekelis, JJ.

[No. 21613–9–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED DOUGLAS BRAGGS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02766–6, Donald D. Haley, J., entered December 21, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Pekelis, J., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 23934–1–I.   Division One.   April 16, 1990.]

PAULINE ADAMS, ET AL, *Appellants,* v. QUALITY FOOD CENTERS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–09165–0, Arthur E. Piehler, J., entered March 10, 1989. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Forrest, J.